David K.W. Wilson, Jr
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
P.O. Box 557
401 N. Last Chance Gulch
Helena, MT 59624
(406) 442-3261
(406) 443-7294 Facsimile
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| JOELENE FREY,<br><br>      Plaintiffs,<br><br>    v.<br><br>TRANSUNION LLC; EQUIFAX INFORMATION SERVICES LLC; COMENITY BANK; FULLBEAUTY BRANDS OPERATIONS, LLC; and JOHN DOES 1-10,<br><br>      Defendants. | Cause No.: CV-23-97-M-DLC-KLD<br><br><br>**NOTICE OF PRELIMINARY SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff Joelene Frey, through counsel David K. Wilson and Robert Farris-Olsen, MORRISON, SHERWOOD, WILSON & DEOLA, PLLP, hereby report to the Court that the Plaintiff has reached a preliminary settlement of this matter with respect to Defendant Equifax Information Services, LLC, only. The Parties expect to finalize the settlement within the next thirty (30) days.  The Parties will file a Stipulation Of Dismissal With Prejudice once the settlement is finalized.

Dated this 29th day of September, 2023.

/s/ Robert Farris-Olsen
Robert Farris-Olsen
David K. Wilson
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
*Attorneys for Plaintiff*