IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOELENE FREY,<br><br>          Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; COMENITY BANK; FULLBEAUTY BRANDS OPERATIONS, LLC; and JOHN DOES 1-10,<br><br>          Defendant. | CV 23–97–M–DLC–KLD<br><br><br>ORDER |

    Before the Court is Plaintiff Joelene Frey and Defendant Trans Union, LLC's Stipulation of Dismissal with Prejudice. (Doc. 37.) The parties have stipulated to dismiss all matters between them, with prejudice, with each party to bear its own costs and attorneys' fees. (*Id.* at 1.)

    Accordingly, IT IS ORDERED that Plaintiff Joelene Frey's claims against Defendant Trans Union, LLC, are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the above-captioned matter.

    DATED this 5th day of March, 2024.

1

Dana L. Christensen, District Judge
United States District Court